## In the
## United States Court of Appeals
### For the Eleventh Circuit

———————————————

No. 24-13333

———————————————

NORTHFIELD INSURANCE COMPANY,

*Plaintiff-Appellant,*

*versus*

NORTH BROOK INDUSTRIES, INC.,
    d.b.a. United Inn and Suites,
J.G.,

*Defendants-Appellees.*

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03596-SEG

———————————————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 22, 2026

For the Court: DAVID J. SMITH, Clerk of Court